KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6917
FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-06-70165 |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| RAFAEL GUZMAN-CAMACHO, | |
| Defendant. | |

To the Honorable Bernard Zimmerman, United States Magistrate Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Rafael Guzman-Camacho. The prisoner is required to appear in the above-referenced matter FORTHWITH for his initial appearance before the Duty Magistrate in the above-referenced case. His place of custody and jailor are set forth in the following writ.

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
CR 3-06-70165

DATED: March 15, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
TRACIE L. BROWN
Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 15, 2006

_____
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
CR 3-06-70165                                2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sheriff of the Calipatria State Prison, 7018 Blair Road, Calipatria, CA 92233 (phone: 559-386-0587).

**GREETINGS**

The prisoner, Rafael Guzman-Camacho, CDC #V91701, is in custody in the above-referenced institution. He is required to appear as soon as possible on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California FORTHWITH. You shall bring him before the Duty Magistrate, 15th Floor, as soon as possible. You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: March 15, 2006

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



DEPUTY CLERK

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
CR 3-06-70165                3