IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>RAFAEL GUZMAN CAMACHO,<br><br>                Defendant. | No. CR 06-0377 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>Current Date: June 2, 2006 at 11 a.m.<br>Requested Date: June 9, 2006 at 11 a.m. |

      Defendant Rafael Guzman Camacho, by and through his counsel of record, Assistant Federal Public Defender Ronald C. Tyler, and the plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Tracie Brown, stipulate as follows:

    (1)    By this stipulation the parties request permission to continue the currently calendared status conference from its original date of June 2, 2006 to June 9, 2006. The continuance is needed due to the fact that defense counsel will be unavailable on the June 2, 2006.

/ / /

*Stip. Cont. Sentencing*
*CR-02-0364WHA*

1

(2)   Assistant United States Attorney Tracie Brown has been notified and has no objection to the requested continuance.

IT IS SO STIPULATED.

_5/31/06_
Dated

_for_ [signature]
RONALD C. TYLER,
Assistant Federal Public Defender

_5/31/06_
Dated

[signature]
TRACIE BROWN,
Assistant United States Attorney

### ORDER

For good cause shown, **IT IS HEREBY ORDERED** that counsel's request for a continuance shall be granted. Defendant's Rafael Guzman Camacho's status conference is scheduled for June 9, 2006 at 11 a.m..

**IT IS SO ORDERED.**

_____
Dated

[signature]
SUSAN ILLSTON
United States District Judge