| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | TRACIE L. BROWN (CSBN 184339)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-6917 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 13 | UNITED STATES OF AMERICA, | ) | No. CR 06-377 SI |
| 14 | Plaintiff, | ) ) | [PROPOSED] ORDER AND STIPULATION<br>EXCLUDING TIME FROM JUNE 9, 2006 |
| 15 | v. | ) ) | TO JULY 7, 2006 FROM THE SPEEDY<br>TRIAL ACT CALCULATION |
| 16 | RAFAEL GUZMAN-CAMACHO, | ) | (18 U.S.C. § 3161(h)(8)(A)) |
| 17 | Defendant. | ) ) ) | |

The parties appeared before the Court on June 9, 2006. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a change of plea date on July 7, 2006 at 11:00 a.m., before the Honorable Susan Illston; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from June 9, 2006 to July 7, 2006. The parties agreed, and the Court found and held, as follows:

  1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, both counsel's scheduled absences from the District, and the need for both sides to finalize a plea agreement, and would deny the defendant and the government continuity of

CR 06-377 SI
STIP. & [PROP.] ORDER

1  counsel.

2      2. Given these circumstances, the Court found that the ends of justice served by
3  excluding the period from June 9, 2006 to July 7, 2006, outweigh the best interest of the public
4  and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
6  from June 9, 2006 to July 7, 2006 be excluded from Speedy Trial Act calculations under 18
7  U.S.C. § 3161(h)(8)(A) & (B)(iv).

8      4. The Court scheduled a change of plea hearing on July 7, 2006, at 11:00 a.m.

9      IT IS SO STIPULATED.

10 DATED: June15, 206                                          /S/
11                                                   TRACIE L. BROWN
                                                  Assistant United States Attorney

13 DATED: June 15, 2006                                       /S/
14                                                   RONALD TYLER
                                                  Attorney for Rafael Guzman-Camacho

15 **IT IS SO ORDERED.**

17 DATED:_____                                                                                                                                          THE HON. SUSAN ILLSTON
18                                                   United States District Judge

CR 06-377 SI
STIP. & [PROP.] ORDER                     2